UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON,

       Plaintiff,                     Case No. 20-cv-10499
                                            Hon. Matthew F. Leitman

v.

RYAN CHAPKO, *et al.*,

       Defendants.

_____/

## ORDER (1) GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF No. 2) AND (2) DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL (ECF No. 7)

Now pending before the Court is Plaintiff Calvin Robinson's Application to Proceed *In Forma Pauperis* (ECF No. 2) and Robinson's Request for Appointment of Counsel (ECF No. 7).

The Court has reviewed Robinson's Application to Proceed *In Forma Pauperis* (ECF No. 2) and **GRANTS** the application due to his indigence.[1]

The Court has also reviewed Robinson's request for counsel. The Court is not yet persuaded that appointment of counsel is warranted. Accordingly, the Court **DENIES WITHOUT PREJUDICE** Robinson's Request for Appointment of

---

[1] Robinson also had an application to proceed *in forma pauperis* granted in another case of his that is currently pending on the Court's docket, *Robinson v. Michigan Department of Justice, Genesee County*, Case No. 4:20-cv-11367 (ECF No. 5).

1

Counsel (ECF No. 7).  The Court will revisit this issue at a later stage of the litigation if appropriate.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  August 18, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-3794