UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON,

    Plaintiff,

Case No. 20-cv-10499
Hon. Matthew F. Leitman

v.

RYAN CHAPKO, *et al.*,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CLAIMS AGAINST DEFENDANT FLINT POLICE DEPARTMENT (ECF No. 14)

On February 27, 2020, Plaintiff Calvin Robinson filed an Amended Complaint in this action in which he "add[ed the] Flint Police Department" as a Defendant. (Am. Compl., ECF No. 5, PageID.13.) Robinson has now filed a "request" with the Court to remove the Flint Department as a Defendant. (*See* Req., ECF No. 14.) The Court will construe Robinson's request as a motion to dismiss the Flint Police Department, and it **GRANTS** that motion. Accordingly, Robinson's claims in this action against the Flint Police Department are **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2020

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-3794
