UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON, JR.,

    Plaintiff,

v.

                                        Case No. 20-cv-10499
                                        Hon. Matthew F. Leitman

RYAN CHAPKO,

    Defendants.

_____/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 58); (2) GRANTING DEFENDANT CHAPKO'S MOTION FOR SUMMARY JUDGMENT (ECF No. 50.); AND (3) DISMISSING ROBINSON'S CLAIMS**

On February 27, 2020, Plaintiff Calvin Robinson, Jr., filed a *pro se* and *in forma pauperis* complaint in this Court against Defendant Ryan Chapko, a Clayton Township police officer, the Clayton Township Police Department, the Flushing Township Police Department, the City of Flushing Police Department, and the Flint Police Department. (*See* ECF No. 1; ECF No. 5.) In his Complaint, Robinson alleges civil rights violations under 42 U.S.C. § 1983. (*See id.*)

On August 30, 2021, Chapko filed a motion for summary judgment on both of Robinson's claims against him.[1] (Mot., ECF No. 50.) Robinson filed a response

---

[1] On December 21, 2020, this Court dismissed Robinson's claims against the Clayton Township Police Department, the Flushing Township Police Department, and the City of Flushing Police Department. (*See* Order, ECF No. 35.) Previously,

1

on September 18, 2021 (Resp., ECF No. 52), and Chapko filed a reply on October 11, 2021 (ECF No. 53).

On October 29, 2021, the assigned Magistrate Judge issued a Report and Recommendation in which he recommended that the Court grant Chapko's motion for summary judgment (the "R&R"). (*See* ECF No. 58.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of the recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.379.)

Robinson has not filed any objections to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). Likewise, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Robinson has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of the pending motion is **ADOPTED**.

---

the Court granted Robinson's motion to dismiss the Flint Police Department, whom Robinson had added as a Defendant in his Amended Complaint (ECF No. 5). (*See* Order, ECF No. 17). Accordingly, Chapko is the sole remaining Defendant.

**IT IS FURTHER ORDERED** that (1) Chapko's motion for summary judgment (ECF No. 50) is **GRANTED** and (2) Robinson's claims against Chapko are **DISMISSED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113

3