UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON, JR.,

    Plaintiff,

v.

RYAN CHAPKO,

    Defendants.

Case No. 20-cv-10499
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with (1) the Court's Order Granting Plaintiff Motion to Dismiss Claim Against Defendant Flint Police Department (ECF No. 17), dated September 25, 2020, (2) the Court's Order Dismissing, In Part, Plaintiff's Complaint and Amended Complaint (ECF No. 35), dated December 21, 2020, and (3) the Court's Order Granting Defendant Chapko's Motion for Summary Judgment, dated December 9, 2021,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

                                              KINIKIA ESSIX
                                              CLERK OF COURT

                                      By:    s/Holly A. Monda
                                                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: December 9, 2021
Flint, Michigan